## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED AIR LINES, INC., a Delaware corporation, and UNITED CONTINENTAL HOLDINGS, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 17-cv-8858<br><br>Hon. Virginia M. Kendall<br><br>Magistrate Judge Jeffrey Cole |

## UNOPPOSED MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE ANY PETITION FOR ATTORNEYS' FEES

Plaintiff, David Johnson, through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 54.3, moves for an extension of time to file a joint statement regarding attorneys' fees until 14 days after the United States Court of Appeals for the Seventh Circuit rules on Defendants' pending appeal, and until 14 days after the filing of the joint statement for the filing of any petition for attorneys' fees. Defendants do not oppose the motion. In support of his motion, Plaintiff states as follows:

1. On March 18, 2019, this Court granted Plaintiff's Rule 60 Motion for Relief from Judgment, remanding this matter to the Circuit Court of Cook County, Illinois. (Dkt. 59).

2. Plaintiff has followed Local Rule 54.3 in preparation for potentially filing a petition for fees pursuant to 28 USC § 1447(c).

3. Per Local Rule 54.3, Plaintiff's joint statement regarding attorneys' fees is due 70 days after the Court's remand Order, or by May 28, 2019, and Plaintiff's fee petition is due 91 days after the Order, or by June 17, 2019.

4. Following this Court's remand Order, Defendants sought leave to appeal to the Seventh Circuit pursuant to 28 USC § 1453(c)(1). On April 22, 2019, the Seventh Circuit accepted Defendants' appeal, which is now fully briefed and set for oral argument on May 28, 2019.

5. Because whether Plaintiff may seek fees is dependent upon the Seventh Circuit's ruling, Plaintiff requests that the Court extend the deadline for Plaintiff to file his joint statement until 14 days after the Seventh Circuit's forthcoming ruling, and to file his fee petition 14 days after the filing of the joint statement.

6. On May 21, 2019, counsel for Plaintiff contacted Defendants' counsel regarding the instant motion. Defendants' counsel indicated on May 21, 2019 that Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending his time to file to file his joint statement pursuant to Local Rule 54.3 until 14 days after the Seventh Circuit's ruling, and to file his fee petition pursuant to Local Rule 54.3 until 14 days after the filing of the joint statement

Dated: May 24, 2019  Respectfully submitted,

DAVID JOHNSON, individually and on behalf of a class of similarly situated individuals,

By: /s/ Jad Sheikali
*One of Plaintiff's Attorneys*

Evan M. Meyers
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
jsheikali@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 24, 2019, I caused the foregoing *Unopposed Motion to Extend the Time for Plaintiff to File Any Petition for Attorneys' Fees* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                 /s/ Jad Sheikali