# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

June 13, 2019

Before:
DIANE P. WOOD, *Chief Circuit Judge*

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 18-3476 | JENNIFER MILLER, et al.,<br>Plaintiffs - Appellants<br>v.<br><br>SOUTHWEST AIRLINES COMPANY, a Texas corporation,<br>Defendant - Appellee |
| No. 19-1785 | DAVID JOHNSON, individually and on behalf of a class of similarly situated individuals,<br>Plaintiff - Appellee<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-00086<br>Northern District of Illinois, Eastern Division<br>District Judge Marvin E. Aspen | |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-08858<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

In *Miller v. Southwest Airlines*, No. 18-3476, the judgment of the district court is **AFFIRMED**. In *Johnson v. United Airlines*, No. 19-1785, the judgment is **VACATED**, and the case is **REMANDED** with instructions to refer the parties' dispute to an adjustment board. The above is in accordance with the decision of this court entered on this date. United and Southwest recover costs.

form name: **c7_FinalJudgment**(form ID: **132**)