ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

David Johnson,

Plaintiff(s),

v

United Airlines, Inc and United Continental
Holdings, Inc,

Defendant(s)

Case No 17 C 8858
Judge Virginia M Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box)

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

         which ☐ includes pre-judgment interest
            ☐ does not include pre-judgment interest

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment

Plaintiff(s) shall recover costs from defendant(s)

---

☒      in favor of defendant(s) United Airlines, Inc and United Continental Holdings, Inc
and against plaintiff(s) David Johnson

Defendant(s) shall recover costs from plaintiff(s)

---

☐      other

---

This action was (check one)

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict
☐ tried by Judge without a jury and the above decision was reached
☒ decided by Judge Virginia M Kendall

Date 7/19/2019          Thomas G Bruton, Clerk of Court

                 Claire E Newman, Deputy Clerk